A. Eric Bjorgum (SBN 198392)
Marc Karish (SBN 205440)
KARISH & BJORGUM, PC
16 North Marengo St., Suite 307
Pasadena, California  91101
Telephone:   (213) 785-8070
Facsimile:    (213) 995-5010
Eric.bjorgum@kb-ip.com

Attorneys for Plaintiff ANTHIME GIONET

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHIME GIONET pka BAKED ALASKA,<br><br>          Plaintiff,<br>     v.<br><br>KEVIN MCCULLOUGH; ALIXANDER KOOCHAKI; EVAN PEARCE GLASSON; FUELED BY RAMEN, LLC; ATLANTIC RECORDING CORPORATION; and DOES 1-10, inclusive.<br><br>          Defendants. | Case No. CV 14-04070-SJO (MRWx)<br><br>**NOTICE OF SETTLEMENT** |

1

COMPLAINT

Plaintiff ANTHIME GIONET, professionally known as BAKED ALASKA ("GIONET" or "Plaintiff"), by and through his counsel Karish & Bjorgum, PC, hereby notifies this Honorable Court that the parties have reached a settlement in this matter. The parties expect that dismissals with prejudice of all claims and defenses will be filed within 21 days.  This will allow adequate time for all papers to be completed.  Plaintiff respectfully requests that the Court vacate any dates on the current calendar and this matter be placed on the inactive case list.  Because Defendants have not yet appeared in any respect, this Notice of Settlement is filed only by Plaintiff.

DATED:  September 4, 2014                                   KARISH & BJORGUM, PC

By: _____
A. Eric Bjorgum
KARISH & BJORGUM, PC
Attorneys for Plaintiff
ANTHIME GIONET pka BAKED ALASKA